IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JONATHAN DEWAYNE STEPHEN, JR. | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv725 |
| ANDERSON COUNTY DETENTION CENTER, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #22) is **ADOPTED**. It is further

**ORDERED** that the Defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (docket entry nos. 17-19) are **GRANTED** and the lawsuit is **DISMISSED** with prejudice pursuant to Rules 12(b)(6) and 41(b).

**It is SO ORDERED**.
**SIGNED this 3rd day of March, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE